Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3712 | **DATE** | 11/30/2005 |
| **CASE TITLE** | Warfield, et al. vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Protective Order.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|