Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3712 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Carrie Warfield, et al. Vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. Defendants are granted leave to take the depositions of Seneca Smith and John Redd at the Cook County Department of Corrections.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|