UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE WARFIELD, et al., | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 C 3712 |
| | ) | |
| vs. | ) | Judge Castillo |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**APPENDIX IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 1     Third Amended Complaint

Exhibit 2     Carrie Warfield Deposition

Exhibit 3     Jennifer Warfield Deposition

Exhibit 4     Jalessa Bonner Deposition

Exhibit 5     Mary Bonner Deposition

Exhibit 6     Latoya Powell Deposition

Exhibit 7     Calvin Chatman Deposition

Exhibit 8     Dwayne Collier Deposition

Exhibit 9     Raymond Schalk Deposition

Exhibit 10     Jerome Bogucki Deposition

Exhibit 11     John Hillmann Deposition

Exhibit 12     Valerie Lymperis Deposition

Exhibit 13     Alan Pergande Deposition

Exhibit 14     Michael Muzupappa Deposition

| | |
|---|---|
| Exhibit 15 | Affidavit of Antonio Allen |
| Exhibit 16 | Affidavit of Bruce Kischner |
| Exhibit 17 | Robert Rentner Deposition |
| Exhibit 18 | Supplementary Report dated April 5, 2005 |
| Exhibit 19 | Kejuan Harper Deposition |
| Exhibit 20 | Mandrell Brady Deposition |
| Exhibit 21 | Defendants' Request to Admit |
| Exhibit 22 | Dora Wooden Deposition |
| Exhibit 23 | Jerry Blakes Deposition |
| Exhibit 24 | Chicago Police Department Event Query for Event # 0417923110 |
| Exhibit 25 | Deshaun Fox Deposition |
| Exhibit 26 | Lagina Warfield Deposition |
| Exhibit 27 | Consent to Search dated June 27, 2004 |
| Exhibit 28 | General Progress Report signed by Latoya Powell |
| Exhibit 29 | Certified Statement of Conviction in *People v. Seneca Smith*, Case No. 04 CR 1817101 |

Dated: April 1, 2008               Respectfully submitted,


                                   By:   s/ Eileen E. Rosen
                                         One of the Police Officers' Attorneys

Eileen E. Rosen
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610

(312) 494-1000

                                                         Respectfully submitted,
                                                         MARA S. GEORGES
                                                         Corporation Counsel of the City of Chicago

                                            By:      s/ Diane S. Cohen
                                                         Diane S. Cohen
                                                         Assistant Corporation Counsel

Diane S. Cohen
City of Chicago, Law Department
30 North LaSalle Street
10th Floor
Chicago, IL 60602

**CERTIFICATE OF SERVICE**

I, Eileen E. Rosen, one of the attorneys for the police officer defendants, hereby state that I caused a copy of the **Appendix in Support of Defendants' Motion For Summary Judgment**, attached hereto, to be served upon:

>Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

via E-FILING on Tuesday, April 1, 2008.

>s/ Eileen E. Rosen
Eileen E. Rosen