**MATTESON POLICE DEPARTMENT**
**ARREST REPORT**
(For use by Police Department Personnel Only)

**FINAL APPROVAL**

CB #: 16838392
IR #: 1652377
YD #:
RD #: 07-4667

## ARREST REPORTING

**OFFENDER**

Name: BONNER, Mary E
Res: 7837 S Essex
Chicago, IL 60641
773-316-9768
Empl: None
Unemployed
DOB: 08 November 1984
AGE: 22 years
POB: Illinois
SSN: 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
DLN: 560585849188
ARMED WITH Unarmed

Beat:

Female
Black
5' 06"
178 lbs
Brown Eyes
Black Hair
Long Hair Style
Medium Complexion

**INCIDENT**

Arrest Date: 23 March 2007 19:30   TRR Completed? No   Total No Arrested: 1   Co-Arrests   Assoc Cases
Location: 4200 W 211th Street   Beat: 3100   DCFS Ward? No
Matteson, IL
277 - Parking Lot/Garage(Non.Resid.)   Dependent Children? No
Holding Facility: Matteson Lockup
Resisted Arrest? No

**CHARGES**

1   Offense As Cited   720 ILCS 5.0/16A-3-A
23 MAR 2007 07:30   RETAIL THEFT - SHOPLIFTING >150
Class 3 - Type F

Victim

EXHIBIT A

**FELONY REVIEW**

Felony Review: Approved   24 MAR 2007 18:27   Lynott, Lynette   State's Attorneys's Office

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

Print Generated By: BRACY, Bernice ( PC01408 )   Page 1 of 5   07 DEC 2007 08:22
powered by: CLEAR Technology

Warfield, 05 C 3712
**IDL 0862**

| MATTESON POLICE - ARREST REPORT | CB #: 16838392 |
|---|---|
| | BONNER, Mary |

**ARREST REPORTING**

**WARRANT**
NO WARRANT IDENTIFIED

**NON-OFFENDER(S)**

**ARRESTEE VEHICLE**
NO ARRESTEE VEHICLE INFORMATION ENTERED

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR   BONNER, Mary,   NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**
(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
DEFENDANT GOES INTO AJ WRIGHT AND GRABS AN ARM FULL OF CLOTHING THEN RUNS OUT THE STORE WITHOUT MAKING PAYMENT. CLOTHES VASLUED AT MORE THAN $150.00.

**COURT INFO**
Desired Court Date:
Branch:
Court Sgt Handle? No

**BOND INFO**
BOND INFORMATION NOT AVAILABLE

Warfield, 05 C 3712
**IDL 0863**

| MATTESON POLICE - ARREST REPORT | | | CB #: 16838392 |
|---|---|---|---|
| | | | BONNER, Mary |
| ARREST REPORTING | | | |

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | 107 | JOHNSON, T (MATTESON) | |
| 2nd Arresting Officer: | 220 | MARTIN, T (MATTESON) | |

**APPROVING SUPERVISOR:**

**MATTESON POLICE - ARREST REPORT**

CB #: 16838392
BONNER, Mary

### ARREST PROCESSING REPORT

**LOCKUP KEEPER PROCESSING**

| | |
|---|---|
| Holding Facility: Matteson Lockup | Time Last Fed: |
| Received in Lockup: | Time Called:    Phone#: |
| Prints Taken:   24 March   2007 18:34 | Cell #: |
| Palmprints Taken:  Yes | |
| Photograph Taken: 24 March   2007 18:45 | Transport Details : 1PO |
| Released from Lockup: | |

**VISUAL CHECK OF ARRESTEE**
- Is there obvious pain or injury?
- Is there obvious signs of infection?
- Under the influence of alcohol/drugs?
- Signs of alcohol/drug withdrawal?
- Appears to be despondent?
- Appears to be irrational?
- Carrying medication?

**ARRESTEE QUESTIONNARIE**
- Presently taking medication?
- (if female)are you pregnant?
- First time ever been arrested?
- Attempted suicide/serious harm?
- Serious medical or mental problems?
- Are you receiving treatment?

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**
Name : BONNER, Kissa
    Res:                    Beat:

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

**VISITOR LOG**

NO VISITORS LOGGED

---

Print Generated By: BRACY, Bernice ( PC01408 )    Page 4 of 5    07 DEC 2007 08:22

powered by: CLETechnology

Warfield, 05 C 3712
**IDL 0865**

**MATTESON POLICE - ARREST REPORT**  CB #: 16838392
BONNER, Mary

**ARREST PROCESSING REPORT**

### MOVEMENT LOG

MOVEMENT LOG INFORMATION NOT AVAILABLE

### WC COMMENTS

Watch Commander Comments:

REL w/o CHARGING — DOES NOT APPLY TO THIS ARREST

### ARRESTEE PROCESSING PERSONNEL:

Beat

| | | |
|---|---|---|
| Searched By: | | FRONCEK |
| Lockup Keeper: | #107 | JOHNSON, T R (IL01666AAL) |

### APPROVAL PERSONNEL:

Beat

Chicago Police Department on07-DEC-2007 08:27 by PC01408 for IR # 1652377      Page 1 of 2



**CHICAGO POLICE DEPARTMENT**
3510 South Michigan Avenue/Chicago, Illinois
60653
Identification Section

**CRIMINAL HISTORY REPORT**



CPD-31903C (REV. 7/04)

## BONNER, MARY E
IR #    **1652377**
SID # **54094290**
FBI #
IDOC #
Current Arrest Information:

| | | CPD photo |
|---|---|---|
| | FEMALE | |
| | BLACK | |
| | 5'06" | |
| | 178 lbs | |
| Date of Birth: | 08-NOV-1984 | EYES : BRO |
| Age: | 22 years | HAIR : BLK |
| Place of Birth: | ILLINOIS | HAIR STYLE: LONG |
| SSN #: | | COMPLEXION : MED |
| Drivers License #: | 56058584918B | |
| Drivers Lic. State: | | |
| Scars, Marks &Tattoos: | | |

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| BONNER, MARY E | 23-MAR-2007 | 08-NOV-1984 | 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 |
| BONNER, MARY ELIZABETH | 21-MAY-2006 | 08-NOV-1984 | Not Available |
| BONNER, MARY E | 30-JUN-2004 | 08-NOV-1984 | Not Available |

Criminal Justice Summary: Total arrests: 3 (1 Felony, 2 Misdemeanor)     Total convictions: 0

---

**ARREST**

| | | | |
|---|---|---|---|
| Arrest Name: BONNER, MARY E | Arrest Date: 23-MAR-2007 | Holding Facility: MATTESON | |
| Date of Birth: 08-NOV-1984 | Arrest Address: 4200 W 211TH STREET MATTESON, IL | | |
| DCN or CB: 016838392 | Residence: 7837 S ESSEX CHICAGO, IL 60641 | | |
| Officer: JOHNSON | Officer Badge#: 107 | Arresting Agency: MATTESON | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/16A-3(A) | RETAIL THEFT | M | 07600340801 |

Disposition: SUPERCEDED BY INFORMATION     Disposition Date: 22-MAY-2007
Sentence:     Sentence Date:

**COURT CHARGES/DISPOSITION**

http://chris.chicagopolice.local/pls/clear/law_rapsheet_cpd.show_html?p=wHR3sHHdy44...   12/7/2007

Warfield, 05 C 3712
IDL 0867

Chicago Police Department on 07-DEC-2007 08:27 by PC01408 for IR # 1652377      Page 2 of 2

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(A) | RET THEFT/DISPLAY MERCH/> | F | 07C66049803 |

Disposition: BAIL BOND FORFEITURE      Disposition Date: 18-OCT-2007
Sentence:      Sentence Date:

Disposition: ARREST WARRANT - RECALLED AND QUASHED      Disposition Date: 20-NOV-2007
Sentence:      Sentence Date:

Disposition: ARREST WARRANT - ORDERED AND ISSUED      Disposition Date: 18-OCT-2007
Sentence:      Sentence Date:

═══════════════ ARREST ═══════════════

Arrest Name: BONNER, MARY ELIZABETH      Arrest Date: 21-MAY-2006      Holding Facility: CPD - DISTRICT 025 FEMALE
Date of Birth: 08-NOV-1984      Arrest Address: 5565 W CONGRESS PKWY CHICAGO, IL 60644
DCN or CB: 016541636      Residence: 7838 S ESSEX AVE CHICAGO, IL 60649
Officer: WAZNY      Officer Badge#: 11019      Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-2 | CRIMINAL TRESPASS TO VEHI | M | 06123429701 |

Disposition: BAIL BOND FORFEITURE      Disposition Date: 19-JUL-2006
Sentence:      Sentence Date:

═══════════════ ARREST ═══════════════

Arrest Name: BONNER, MARY E      Arrest Date: 30-JUN-2004      Holding Facility: CPD - DISTRICT 025 FEMALE
Date of Birth: 08-NOV-1984      Arrest Address: 5508 W CONGRESS PKWY CHICAGO, IL
DCN or CB: 015867978      Residence: 5508 W CONGRESS PKWY CHICAGO, IL 60644
Officer: SCHMITT      Officer Badge#: 19103      Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3-A-1 | Battery - Cause Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/12-3-A-1 | BATTERY - CAUSE BODILY HA | 1 | 20041254887 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE      Disposition Date: 28-JUL-2004
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS      Sentence Date:

\*\*\*End of Report\*\*\*

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

07-DEC-2007 08:27      Requested by: PC01408

http://chris.chicagopolice.local/pls/clear/law_rapsheet_cpd.show_html?p=wHR3sHHdy44...      12/7/2007

Warfield, 05 C 3712
**IDL 0868**



Warfield, 05 C 3712
**IDL 0869**



Warfield, 05 C 3712
IDL 0871