IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE WARFIELD, LAGINA WARFIELD individually and on behalf of her minor son, DESHAUN FOX, JENNIFER WARFIELD, LATOYA POWELL, MARY BONNER, and SHERPRINIA BONNER, on behalf of her minor daughter JALESSA BONNER, | ) ) ) ) ) ) ) ) | 05 C 3712 |
| Plaintiffs, | ) ) | JUDGE CASTILLO |
| v. | ) ) | |
| CITY OF CHICAGO, et al., | ) ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' SEVENTH MOTION *IN LIMINE* TO PROHIBIT
REFERENCE TO CERTAIN COMPLAINT REGISTER FILES**

Now Come Plaintiffs, CARRIE WARFIELD, LAGINA WARFIELD, individually and on behalf of her minor son, DESHAUN FOX, JENNIFER WARFIELD, LATOYA POWELL, MARY BONNER, and SHERPRINIA BONNER, on behalf of her minor daughter JALESSA BONNER, by and through their attorneys, LOEVY & LOEVY, and move this Court *in limine* for an Order barring Defendants from referencing certain Complaint Register Files. In support, Plaintiffs state as follows:

**This Motion has been redacted.**

```
                              RESPECTFULLY SUBMITTED,



                              S/ Russell Ainsworth
                              Attorneys for Plaintiffs
```

Arthur Loevy
Jon Loevy
Russell Ainsworth
Tara Thompson
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

      I, Russell Ainsworth, an attorney, certify that on January 12, 2009 I delivered by electronic means a copy of the attached Redacted Motion to all counsel of record.


```
                              S/ Russell Ainsworth
```