# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE WARFIELD, et al., | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 C 3712 |
| | ) | |
| vs. | ) | Judge Castillo |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## APPENDIX IN SUPPORT OF DEFENDANT
## CITY OF CHICAGO'S MOTION FOR SUMMARY JUDGMENT

Exhibit 1     Plaintiffs' Fourth Amended Complaint

Exhibit 2     CPD Rules and Regulations, Standards of Conduct

Exhibit 3     General Order 87-7

Exhibit 4     Carrie Warfield's Response to the City's Interrogatories

Exhibit 5     Lagina Warfield Deposition

Exhibit 6     Plaintiffs' Second Amended Rule 26(a)(1) Disclosures

Exhibit 7     Fifth Amended Complaint, *Davis et al. v. City of Chicago, et al.*

Exhibit 8     Third Amended Complaint, *Johnson et al. v. City of Chicago, et al.*

Exhibit 9     Ald. Isaac Carothers Deposition in *Moore v. City of Chicago, et al.*

Exhibit 10     Plaintiffs' Rule 30(b)(6) Notice of Deposition in *Warfield v. City, et al.*

Exhibit 11     Municipal Code of Chicago, 2-60-020

Exhibit 12     Ald. Isaac Carothers Deposition in *Warfield v. City, et al.*

Exhibit 13     Affidavit of Joseph P. Salemme

Exhibit 14     Brief and Circuit Rule 30(a) Appendix of Defendants-Appellants in *FDLA*

*et al. v. City of Chicago, et al.*

Exhibit 15     Reply Brief of Defendants-Appellants in *FDLA et al. v. City of Chicago, et al.*

Dated: February 9, 2009                          Respectfully submitted,

                                                 MARA S. GEORGES
                                                 CORPORATION COUNSEL
                                                 CITY OF CHICAGO

                                                 By:  s/ Diane S. Cohen_____
                                                 Diane S. Cohen
                                                 Senior Counsel

30 North LaSalle Street
10th Floor
Chicago, IL 60602
(312) 744-2836
                                                 Respectfully submitted,

                                                 By: s/ Eileen E. Rosen_____
                                                 One of the Police Officers' Attorneys

Eileen E. Rosen
Stacy A. Benjamin
Silvia Mercado Masters
ROCK FUSCO, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000