```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
    CARRIE WARFIELD; LAGINA              )
 4  WARFIELD, individually and on        )
    behalf of her minor son              )
 5  guardian ad litem Deshaun Fox;       )
    JALESSA BONNER, guardian ad          )
 6  litem Sherprinia Bonner;             )
    JENNIFER WARFIELD; MARY              )
 7  BONNER; and LATOYA POWELL,           )
                                         )
 8                   Plaintiffs,         )  Case No. 05 C 3712
    -vs-                                 )
 9                                       )  Chicago, Illinois
    CITY OF CHICAGO, CALVIN              )  February 12, 2009
10  CHAPMAN, Chicago Police              )  9:59 a.m.
    Officer; DWAYNE COLLIER,             )
11  Chicago Police Officer;              )
    UNKNOWN CHICAGO POLICE               )
12  OFFICERS; ANTONIO ALLEN;             )
    JEROME BOGUCKI; JOHN HILLMAN;        )
13  BRUCE KISCHNER; VALERIE              )
    LYMPERIS; MICHAEL MUZUPAPPA,         )
14  JR.; RAYMOND SCHALK; and ALAN        )
    PERGANDE, Chicago Police             )
15  Detective,                           )
                                         )
16                   Defendants.         )

17                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE RUBEN CASTILLO
18

19  APPEARANCES:

20  For the Plaintiff:    MR. RUSSELL R. AINSWORTH
                          Loevy & Loevy
21                        312 North May Street
                          Suite 100
22                        Chicago, IL  60607
                          (312) 243-5900
23

24

25
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant City
     Of Chicago:              MS. DIANE S. COHEN
 3                            City of Chicago, Law Department
                              Corporation Counsel
 4                            30 North LaSalle Street
                              Suite 1020
 5                            Chicago, IL  60607
                              (312) 744-5100
 6
     For the Defendant
 7   Officers:                MS. EILEEN E. ROSEN
                              Rock, Fusco, LLC
 8                            321 North Clark Street
                              Suite 2200
 9                            Chicago, IL  60610
                              (312) 494-1000
10

11

12

13

14

15

16

17

18

19

20

21   Court Reporter:

22           KATHLEEN M. FENNELL, CSR, RMR, FCRR
                   Official Court Reporter
23               United States District Court
        219 South Dearborn Street, Suite 2144-A
24                 Chicago, Illinois  60604
                   Telephone:  (312) 435-5569
25       email:  Kathleen_Fennell@ilnd.uscourts.gov
```

1    (Proceedings heard in open court:)
2         THE CLERK:  05 C 3712, Warfield versus City of
3    Chicago.
4         THE COURT:  Good morning.
5         MR. AINSWORTH:  Good morning, your Honor.  Russell
6    Ainsworth on behalf of the plaintiffs.
7         MS. COHEN:  Good morning, your Honor.  Diane Cohen on
8    behalf of the defendant, City of Chicago.
9         MS. ROSEN:  Good morning, your Honor.  Eileen Rosen
10   on behalf of defendant police officers.
11        THE COURT:  Okay.  What's your reaction to motion for
12   summary judgment on the *Monell* claim?
13        MR. AINSWORTH:  Way too late, your Honor.  At this
14   time, we're set for trial on March 2nd.  The defendants had
15   filed a -- they had up until the entirety of the time that the
16   Court lifted the stay on *Monell* discovery to file, could have
17   done it at any point.  We told them --
18        THE COURT:  Okay.  Let's get beyond way too late
19   because I did tell the defendants they could file it at any
20   point.
21        Let me just tell you, I'm at a disadvantage.  I was
22   at two public hearings in Atlanta yesterday.  I have not read
23   it.  I'm telling you that just by way of frankness.  I do want
24   to read it.
25        MR. AINSWORTH:  I'll give you my initial thoughts.

1  THE COURT: Do you think -- do you think there are
2 material issues of fact?
3  MR. AINSWORTH: Absolutely, Judge.
4  THE COURT: How soon could you file a short response
5 on that issue?
6  MR. AINSWORTH: Judge, part of the problem is I'm
7 starting a trial in front of Judge Guzman on Tuesday.
8  THE COURT: Okay.
9  MR. AINSWORTH: And this is going to make it very
10 difficult to extensively brief this motion because they
11 haven't -- essentially plaintiffs' theory is that --
12  THE COURT: Last time I looked, you're not the only
13 attorney in your office.
14  MR. AINSWORTH: That's correct, Judge.
15  THE COURT: That's the last time I looked.
16  MR. AINSWORTH: That's correct, Judge, but the
17 partners in the firm are leaving for a vacation the week of
18 February 26th and they'll be gone that entire week, and -- or
19 the week of the 23rd.
20  THE COURT: We're talking about something that I
21 think any attorney in your office should be able to file, six
22 pages or less. If you think there's a genuine issue of
23 material fact that would suggest a denial of summary judgment,
24 I'm not saying that you need to respond in typical fashion,
25 but that's the type of response that I'm looking for.

1    MR. AINSWORTH: I'm happy to give -- what we could
2 certainly give the Court is a list of material facts and a
3 brief supporting why those --
4    THE COURT: Okay. How soon could you file that?
5    MR. AINSWORTH: -- facts support.
6    We could file that by Tuesday.
7    THE COURT: Okay. Why don't you file it on Tuesday.
8 I'll see you Thursday at 9:45. That's the 19th of February.
9    I take it this case -- and I've asked this a hundred
10 times, but I'll ask it 200 times if I need to -- is not going
11 to settle.
12    MR. AINSWORTH: We've received no indication
13 otherwise, Judge.
14    THE COURT: Okay. And how long do you think this
15 case is going to take to try?
16    MR. AINSWORTH: I think it will be about eight trial
17 days, Judge.
18    THE COURT: Okay. I'll see you on the 19th. Thank
19 you.
20    MS. ROSEN: Your Honor, I just want to inform the
21 Court I will not be here on the 19th. I'm not suggesting that
22 you change the date.
23    THE COURT: I won't, but thanks for letting me know.
24    MS. ROSEN: Thank you.
25    MR. AINSWORTH: I won't be here either, Judge.

1  THE COURT: That's fine. Send whoever you need to
2 send.
3  MS. ROSEN: Thank you, your Honor.
4  MR. AINSWORTH: Thank you.
5  (Which were all the proceedings heard.)
6  CERTIFICATE
7  I certify that the foregoing is a correct transcript from
8 the record of proceedings in the above-entitled matter.
9  /s/Kathleen M. Fennell          February 18, 2009
10 
Kathleen M. Fennell                    Date
11 Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25