```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


CARRIE WARFIELD; LAGINA            )
WARFIELD, individually and on      )
behalf of her minor son            )
guardian ad litem Deshaun Fox;     )
JALESSA BONNER, guardian ad        )
litem Sherprinia Bonner;           )
JENNIFER WARFIELD; MARY            )
BONNER; and LATOYA POWELL,         )
                                   )
                Plaintiffs,        )   Case No. 05 C 3712
          -vs-                     )
                                   )   Chicago, Illinois
CITY OF CHICAGO, CALVIN            )   February 25, 2009
CHAPMAN, Chicago Police            )   5:03 p.m.
Officer; DWAYNE COLLIER,           )
Chicago Police Officer;            )
UNKNOWN CHICAGO POLICE             )
OFFICERS; ANTONIO ALLEN;           )
JEROME BOGUCKI; JOHN HILLMAN;      )
BRUCE KISCHNER; VALERIE            )
LYMPERIS; MICHAEL MUZUPAPPA,       )
JR.; RAYMOND SCHALK; and ALAN      )
PERGANDE, Chicago Police           )
Detective,                         )
                                   )
                Defendants.        )


                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE RUBEN CASTILLO

APPEARANCES:

For the Plaintiff:       MR. RUSSELL R. AINSWORTH
                         Loevy & Loevy
                         312 North May Street
                         Suite 100
                         Chicago, IL  60607
                         (312) 243-5900
```

```
 1   APPEARANCES:   (Continued)

 2   For Defendant City
     Of Chicago:              MS. DIANE S. COHEN
 3                            City of Chicago, Law Department
                              Corporation Counsel
 4                            30 North LaSalle Street
                              Suite 1020
 5                            Chicago, IL  60607
                              (312) 744-5100
 6
     For the Defendant
 7   Officers:                MS. EILEEN E. ROSEN
                              MS. STACY A. BENJAMIN
 8                            Rock, Fusco, LLC
                              321 North Clark Street
 9                            Suite 2200
                              Chicago, IL  60610
10                            (312) 494-1000

11

12

13

14

15

16

17

18

19

20

21   Court Reporter:

22            KATHLEEN M. FENNELL, CSR, RMR, FCRR
                   Official Court Reporter
23               United States District Court
         219 South Dearborn Street, Suite 2144-A
24                 Chicago, Illinois  60604
                  Telephone:  (312) 435-5569
25        email:  Kathleen_Fennell@ilnd.uscourts.gov
```

1      (Proceedings heard in open court:)
2           THE CLERK: 05 C 3712, Warfield versus City of
3  Chicago.
4           THE COURT: Good evening.
5           MS. ROSEN: Good evening, your Honor.
6           THE COURT: State your name for the record.
7           MS. ROSEN: Sure. Eileen Rosen on behalf of the
8  defendant police officers.
9           MS. COHEN: Good morning -- good afternoon, your
10 Honor. Diane Cohen on behalf of the City of Chicago.
11          MS. BENJAMIN: Stacy Benjamin on behalf of the
12 defendant officers.
13          MR. AINSWORTH: And Russell Ainsworth on behalf of
14 the plaintiffs.
15          THE COURT: Okay. I did receive the what's labeled
16 as defendants' joint motion to continue the trial for reasons
17 of prejudice.
18          I am surprised, not by the invective that is present
19 in that written motion, but I am surprised by the 90-day
20 requested delay.
21          What do the defendants think they're going to do over
22 that 90-day period? That's my question.
23          MS. COHEN: Should I start?
24          MS. ROSEN: Yes.
25          MS. COHEN: Well, first, we would -- we were deprived

1  of the time to review all the documents and the evidence and
2  the witnesses and gather our rebuttal and prepare witnesses.
3  That's just kind of the day-to-day administrative things that
4  we would normally have time to do.
5      But in terms of being surprised by the FDLA issue,
6  when we have been able to conduct no discovery nor develop a
7  defense for that at all because it was not pled nor disclosed,
8  so we will be exploring the need to produce fact witnesses and
9  expert witnesses to respond to that.
10     THE COURT: So you intend to modify the final
11 pretrial order.
12     MS. COHEN: We would ask -- yes, your Honor, we would
13 ask for that.
14     THE COURT: You admit at the very latest that you
15 were aware of the FDLA issue on January 26th of '09.
16     MS. COHEN: If that is the date when the plaintiffs
17 responded to our motion *in limine* after the close of
18 discovery.
19     THE COURT: Okay. What's the plaintiffs' view as to
20 when the defendants were aware of the FDLA issue?
21     MR. AINSWORTH: Certainly the absolute latest date
22 that they were aware was when we sent a request to admit in
23 October of last year expressly saying that City of Chicago was
24 a defendant in the FDLA litigation and that Judge Shadur made
25 specific findings in the FDLA litigation and then asking the

1 City to admit or deny those requests.
2 And to the extent that the FDLA litigation arose in
3 the Ayala case and was a central issue in the hearings before
4 Judge Holderman, we would contend that that was part and
5 parcel of those hearings.
6 THE COURT: Okay. Ruth, if I could see the jury
7 list? That's what I need.
8 (Tendered.)
9 THE COURT: Well, what I'm going to do, to address
10 the issue of prejudice, I'm going to reluctantly continue the
11 trial to April 27th, '09. That's going to be your new trial
12 date, and I think what we really need to do is organize, for
13 purposes of this trial, and I'm not going to give you -- I've
14 been on trial all week -- I'm not going to give you rulings on
15 the motions *in limine*, but I will endeavor to get them to you
16 as quickly as possible, which I would define as no later than
17 March 12th.
18 And then thereafter, I'm going to give you until
19 March 25th to file a revised final pretrial order, and then
20 I'd like to see where we are.
21 MS. ROSEN: And would that include any additional
22 motions *in limine* that we might come up --
23 THE COURT: You can file --
24 MS. ROSEN: Okay.
25 THE COURT: -- whatever else you want to.

1          And I take it, it doesn't do any good to discuss the
2   issue of settlement, is that correct?
3          MR. AINSWORTH:  Judge --
4          THE COURT:  There's no offer on the table.
5          MR. AINSWORTH:  I've been on trial since last
6   Tuesday.
7          THE COURT:  Okay.
8          MR. AINSWORTH:  I don't know the status of that, but
9   I would certainly inquire with Mr. Jon Loevy and find out.
10         THE COURT:  I would certainly suggest that you do
11  that and make whatever demand you want to make in writing.  I
12  would appreciate it by the end of next week.
13         I will issue the rulings on the motions *in limine,*
14  and then I'm going to inquire again as to where you stand on
15  that issue.
16         But if I don't hear from both sides that you want
17  some time with me, and I will tell you, I will be here all of
18  March, I'll be happy to give you time; but if you don't want
19  time from me, there's nothing I can do other than keep plowing
20  ahead toward a trial, which is what I will do.
21         MS. ROSEN:  Your Honor, did you say demand by the end
22  of next week?
23         THE COURT:  By the end of next week, which is --
24         MR. AINSWORTH:  March 6th.
25         THE COURT:  -- March 6th.

1  MS. ROSEN: Thank you, your Honor.
2  MS. COHEN: Thank you, your Honor.
3  THE COURT: Thank you.
4  (Which were all the proceedings heard.)
5  CERTIFICATE
6  I certify that the foregoing is a correct transcript from
7  the record of proceedings in the above-entitled matter.
8  */s/Kathleen M. Fennell*          *March 2, 2009*
9  _____            _____
   Kathleen M. Fennell                       Date
10 Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25