UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Carrie Warfield, et al.
                    Plaintiff,

v.                                             Case No.: 1:05−cv−03712
                                               Honorable Ruben Castillo

City of Chicago, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2009:

    MINUTE entry before the Honorable Ruben Castillo:Jury trial held on 7/14/2009 and continued to 7/15/2009 at 10:00 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.