# United States District Court
## Northern District of Illinois
### Eastern Division

Warfield, et al.                                   **JUDGMENT IN A CIVIL CASE**

v.                                                 Case Number: 05 C 3712

City of Chicago, et al.

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Carrie Warfield and against defendants Raymond Schalk, Jerome Bogucki, and Alan Pergande in the amount of $9,000 in compensatory damages, $500 in punitive damages as to defendant Schalk, and $500 in punitive damages as to defendant Bogucki.  Judgment entered in favor of defendants Michael Muzupappa, Bruce Kischner, Antonio Allen, Valerie Lymperis, and John Hillman and against Carrie Warfield.
Enter judgment in favor of Lagina Warfield and against defendants Raymond Schalk, Jerome Bogucki, and Michael Muzupappa, in the amount of $20,000 in compensatory damages, $15,000 in punitive damages as to defendant Schalk, and $15,000 in punitive damages as to defendant Bogucki. Enter judgment in favor of defendants Bruce Kischner, Antonio Allen, Valerie Lymperis, John Hillman, and Alan Pergande and against Lagina Warfield.
Enter judgment in favor of Deshaun Fox and against Raymond Schalk, Jerome Bogucki, and Michael Muzupappa in the amount of $25,000 in compensatory damages, $20,000 in punitive damages as to defendant Schalk, and $20,000 in punitive damages as to defendant Bogucki. Judgment is entered in favor of defendants Bruce Kischner, Antonio Allen, Valerie Lymperis, John Hillman, and Alan Pergande and against Deshaun Fox.
Enter judgment in favor of Jennifer Warfield and against defendants Raymond Schalk, Jerome Bogucki, and John Hillman in the amount of $2.00 in compensatory damages, $250 in punitive damages as to defendant Schalk, and $250 in punitive damages as to defendant Bogucki. Enter judgment in favor of defendants Michael Muzupappa, Bruce Kischner, Antonio Allen, Valerie Lymperis, and Alan Pergande and against Jennifer Warfield.

Michael W. Dobbins, Clerk of Court

Date: 7/23/2009

Ruth O'Shea, Deputy Clerk                          Page 1 of 2

05 C 3712    Warfield, et al. v. City of Chicago, et al.                                    Page 2 of 2

Enter judgment in favor of Latoya Powell and against defendants Raymond Schalk, Jerome Bogucki and Bruce Kischner in the amount of $2.00 in compensatory damages, $310 in punitive damages as to defendant Schalk, and $310 in punitive damages as to defendant Bogucki. Enter judgment in favor of defendants Michael Muzupappa, Antonio Allen, Valerie Lymperis, John Hillman, and Alan Pergande and against Latoya Powell.
Enter judgment in favor of Mary Bonner and against defendants Raymond Schalk, Jerome Bogucki, and Valerie Lymperis in the amount of $15,000 in compensatory damages; $10,000 in punitive damages as to defendant Schalk, and $10,000 in punitive damages as to defendant Bogucki. Judgment entered in favor of defendants Michael Muzupappa, Bruce Kischner, Antonio Allen, John Hillman, and Alan Pergande and against Mary Bonner.
Enter Judgment in favor of Jalessa Bonner and against defendants Raymond Schalk, Jerome Bogucki, Antonio Allen, and Valerie Lymperis in the amount of $40,000 in compensatory damages, $20,000 in punitive damages as to defendant Schalk, and $20,000 in punitive damages as to defendant Bogucki. Judgment entered in favor of defendants Michael Muzupappa, Bruce Kischner, John Hillman, and Alan Pergande and against Jalessa Bonner.