# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3712 | **DATE** | 3/31/2010 |
| **CASE TITLE** | Warfield, et al. Vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/31/2010.  Defendants' motion for an extension of time and for instruction from the Court [466] is granted.  Defendants are given until 4/2/2010 to provide Plaintiffs with their position letter related to all of the materials Plaintiffs have submitted.  Defendants to provide materials in support of their position by 4/9/2010.  The fee petition will be due 4/16/2010.  Defendants' unopposed motion to stay enforcement of judgment pursuant to Fed.R.Civ.P. 62(d) and waiver of posting a supersedeas bond [470] is granted.  Defendants' joint Rule 60 motion for relief from judgment based upon newly discovered evidence [472] is denied for the reasons stated in open court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|